DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS BELMONT** and **YVONNE BELMONT,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS,
INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10,**
Appellee.

No. 4D20-1163

[March 25, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2012-CA-017030 (AJ).

Michael McCormick, Jr., and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

J. Kirby McDonough of Spencer Fane LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***